IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

US RIGHT TO KNOW,

Plaintiff,

v.                                                                  No. 1:23-cv-343-WJ-LF

NATIONAL NUCLEAR SECURITY
ADMINISTRATION and the UNITED
STATES DEPARTMENT OF ENERGY,

Defendants.

### FINAL JUDGMENT

Pursuant to Fed. R. Civ. P. 58(a), and in accordance with the February 29, 2024, Memorandum Opinion and Order (**Doc. 27**) filed contemporaneously herewith, the Court issues its separate judgment finally disposing of this case.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Defendants' Motion for Summary Judgment (**Doc. 23**) is **GRANTED** and Plaintiff's claims, as well as this case, are **DISMISSED with prejudice**.

_____
CHIEF UNITED STATES DISTRICT JUDGE